UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| MATTHEW C. LARKIN, | Case No. 25-cv-3751 (LMP/SGE) |
| Plaintiff, | |
| v. | ORDER GRANTING PLAINTIFF'S MOTION TO REMAND |
| MENARD, INC.; PER MAR SECURITY AND RESEARCH; and CITY OF MANKATO, | |
| Defendants. | |

Matthew C. Larkin, pro se.

Chasse R. Thomas and David M. Wilk, **Larson King, LLP, St. Paul, MN**, for Defendants Menard, Inc., and Per Mar Security and Research.

Vicki A. Hruby, **Jardine, Logan & O'Brien, PLLP, Woodbury, MN**, for Defendant City of Mankato.

Plaintiff Matthew C. Larkin ("Larkin") initiated his action by filing his original complaint in the Minnesota District Court for the Fifth Judicial District in Blue Earth County. ECF No. 1-1. Defendant City of Mankato (the "City"), then removed the case to this Court on September 24, 2025, on the basis that this Court has subject-matter jurisdiction over Larkin's federal claims under 28 U.S.C. § 1331, ECF No. 1 at 2, and concurrently filed a motion to dismiss Larkin's complaint, ECF No. 4.

Larkin responded to the City's motion to dismiss by filing an amended complaint, ECF No. 16, and a motion to remand this matter back to the Blue Earth County District Court, ECF No. 12. In his motion to remand, Larkin argues that his amended complaint

"deliberately omits all claims arising under federal law" and that this Court therefore "no longer has subject-matter jurisdiction" over his claims under 28 U.S.C. § 1331. ECF No. 14 at 3.

Upon reviewing Larkin's motion to remand and amended complaint, the Court entered an order on September 30, 2025. ECF No. 18. The Court observed that Larkin's amended complaint alleges that this Court: (1) lacks subject-matter jurisdiction under 28 U.S.C. § 1331 because Larkin's claims "arise exclusively under the common law and statutes of the State of Minnesota" and do not present a "federal question"; and (2) lacks subject-matter jurisdiction under 28 U.S.C. § 1332 because Larkin and the City "lack diversity" and because the "amount in controversy does not exceed $75,000." *Id.* at 3 (quoting ECF No. 16 ¶¶ 8–9). The Court further noted that "without a claim within the Court's original jurisdiction, the Court may not exercise supplemental jurisdiction over Larkin's state-law claims under 28 U.S.C. § 1367(a)." *Id.* Accordingly, the Court ordered the City to show cause as to why this matter should not be remanded to the Minnesota state court from which it was removed. *Id.*

As of the date of the order to show cause, Defendants Menard, Inc. ("Menard"), and Per Mar Security and Research ("Per Mar") had not yet appeared or participated in this matter since it was removed to this Court. *Id.* at 1 n.1. Shortly after the Court entered the order to show cause, Menard and Per Mar appeared through counsel, ECF No. 19, and filed a response to Larkin's motion to remand indicating that they do not oppose remand, ECF No. 22. The City then also filed a response to Larkin's motion indicating that it does not oppose remand. ECF No. 23.

2

Accordingly, based on the foregoing, and on all the files, records, and proceedings in this matter, **IT IS HEREBY ORDERED** that:

1. Larkin's Motion to Remand to State Court (ECF No. 12) is **GRANTED**;

2. Larkin's Application to Proceed in District Court Without Prepaying Fees or Costs (ECF No. 13) is **DENIED** as moot; and

3. This matter is **REMANDED** to the Minnesota District Court for the Fifth Judicial District in Blue Earth County.

Dated: October 7, 2025                              *s/Laura M. Provinzino*
                                                                        Laura M. Provinzino
                                                                         United States District Judge